James BURMAN et al., Appellants,

v.

Thomas D. ELDER, Appellee.

Court of Appeals of Kentucky.

Dec. 9, 1960.

Rehearing Denied Jan. 27, 1961.

Athol Lee Taylor, Taylor & Pike, Shepherdsville, for appellants.

Ernest N. Fulton, E. E. Hubbard, Bardstown, for appellee.

PER CURIAM.

Motion for an appeal from a $729 judgment on a note. A judgment was directed for the plaintiff on the ground that defendant had no provable defense.

The judgment must be affirmed on the authority of Pickrell v. Wilson, 199 Ky. 20, 250 S.W. 135, and Eigelbach v. Roppel, 263 Ky. 604, 92 S.W.2d 764.

The motion for appeal is denied and the judgment stands affirmed.